IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| H. CRAIG FABIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:11cv406 |
| | ) |
| B & K ASSOCIATES, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER OF VOLUNTARY DISMISSAL

Upon motion of Plaintiff, by her counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and for good cause shown, it is hereby

ADJUDGED and ORDERED that this case should be, and it is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

The Clerk is directed to provide a copy of this Order to all counsel of record and this matter is ORDERED stricken from the docket.

Date: _____    _____
U. S. District Court Judge
Eastern District of Virginia
Richmond Division

I ASK FOR THIS:

H. CRAIG FABIAN
/s/ Jonathan H. Walker
Jonathan H. Walker
Virginia Bar No. 24300
Mason Mason Walker, & Hedrick, P.C.
11848 Rock Landing Dr, #201
Newport News, VA  23606
Telephone: (757) 873-3909
Facsimile: (757)  873-1781
jwalker@masonwalker.com
*New Local Counsel for Plaintiff*

2052178v1

SEEN AND AGREED:

B&K ASSOCIATES, INC.
/s/ Laura D. Windsor
Laura D. Windsor, VSB No. 70354
laura.windsor@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
P. O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200, phone
(804) 697-6023, fax
*Counsel for Defendant*

2052178v1